CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DAVID G. FINKELSTEIN (SBN: 047791)
dfinkelstein@dgflaw.com
IRENE Y. FUJII (SBN: 213086)
ifujii@dgflaw.com
FINKELSTEIN BENDER & FUJII LLP
1528 South El Camino Real, Suite 306
San Mateo, California 94402
Telephone (650) 353-4503
Facsimile (650) 312-1803
Attorneys for Defendant
Serdar S. Ugur

CATHERINE M. CORFEE (SBN: 155064)
catherine@corfeestone.com
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
Attorney for Defendant
The Press Grilled Cheese, Inc.

**APPROVED**
Judge Edward J. Davila
10/16/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>SERDAR S. UGUR;<br>THE PRESS GRILLED CHEESE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:18-CV-01263-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs except as provided in Paragraph 4 of the Settlement Agreement and Release. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 16, 2018　　　CENTER FOR DISABILITY ACCESS

By:　/s/ Phyl Grace
　　　Phyl Grace
　　　Attorneys for Plaintiff

Dated: October 16, 2018　　　FINKELSTEIN BENDER & FUJII LLP

By:　/s/ Irene Y. Fujii
　　　David G. Finkelstein
　　　Irene Y. Fujii
　　　Attorneys for Defendant/cross-complainant
　　　Serdar S. Ugur

Dated: October 16, 2018　　　CORFEE STONE & ASSOCIATES

By:　/s/ Catherine M. Corfee
　　　Catherine M. Corfee
　　　Attorney for Defendants The Press Grilled Cheese, Inc. and cross-defendants The Press Grilled Cheese, LLC, Daniel Spangler and Julia Paige

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Irene Y. Fujii counsel for Serdar S. Ugur, and Catherine M. Corfee, counsel for The Press Grilled Cheese, Inc., The Press Grilled Cheese, LLC, Daniel Spangler and Julia Paigeand that I have obtained Ms. Fujii's and Ms. Corfee's authorization to affix their electronic signature to this document.

Dated: October 16, 2018        CENTER FOR DISABILITY ACCESS

                               By:    /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff